IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHANE AND DONNA OCHS,

    Plaintiffs,

v.                                              Case No. 14-1273-JTM

LOG HOMES OF AMERICA, INC., *et al.*,

    Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on plaintiffs' Motion for Default Judgment against defendants JCO Framing, Inc., Saldivar Javier Puga, and Juan Puga (Dlt. 134). These three defendants have failed to appear or otherwise defend the action, despite having been served with notice, and the clerk previously entered default against them. (Dkt. 29). The court finds that plaintiffs are now entitled to entry of a default judgment against these three defendants.

Based upon the motion and supporting affidavits, the court finds plaintiffs are entitled to entry of judgment against defendants JCO Framing, Inc., Saldivar Javier Puga, and Juan Puga, jointly and severally, for damages in the amount of $500,000, plus litigation expenses of $73,940.65, attorney fees pursuant to K.S.A. § 50-634 in the amount of $200,000, and punitive damages in a total amount of $100,000 against these three defendants.

**IT IS THEREFORE ORDERED** this 9th day of April, 2018, that plaintiff's Motion for Default Judgment (Dkt. 134) is GRANTED to the extent stated above, and the clerk is

directed to enter judgment accordingly. The judgment shall also reflect the dismissal with prejudice of the claims against defendants Log Homes of America, Inc., Five Star Log Homes, and Kevin Hylton, *doing business as Five Star Log Homes*.

                                              ___s/ J. Thomas Marten_____
                                              J. THOMAS MARTEN, JUDGE